**FILED BY**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

NOV 20 2018

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

IN RE: ORDER ASSIGNING CASES TO
DISTRICT JUDGE MARK S. NORRIS

Administrative Order: 2018-30

---

The following matters currently assigned to District Judge Sheryl H. Lipman are to be reassigned to District Judge Mark S. Norris.

IT IS SO ORDERED that the cases listed below are hereby reassigned to District Judge Mark S. Norris.

| | | |
|---|---|---|
| 1. 02-2002 | 28. 17-2512 | 55. 18-2740 |
| 2. 09-2051 | 29. 17-2559 | 56. 18-2742 |
| 3. 10-2212 | 30. 17-2597 | 57. 18-2743 |
| 4. 11-2362 | 31. 17-2632 | 58. 17-20109 |
| 5. 11-3115 | 32. 17-2648 | 59. 17-20246 |
| 6. 14-2492 | 33. 17-2683 | 60. 17-20287 |
| 7. 14-2897 | 34. 17-2715 | 61. 17-20352 |
| 8. 15-2745 | 35. 17-2880 | 62. 18-20054 |
| 9. 15-2785 | 36. 17-2940 | 63. 18-20170 |
| 10. 16-2047 | 37. 18-2049 | 64. 18-20198 |
| 11. 16-2048 | 38. 18-2050 | 65. 18-20213 |
| 12. 16-2099 | 39. 18-2117 | 66. 18-20237 |
| 13. 16-2165 | 40. 18-2212 | 67. 18-20238 |
| 14. 16-2203 | 41. 18-2222 | 68. 18-20271 |
| 15. 16-2211 | 42. 18-2242 | 69. 18-20273 |
| 16. 16-2270 | 43. 18-2275 | 70. 18-20274 |
| 17. 16-2356 | 44. 18-2406 | 71. 18-20286 |
| 18. 16-2609 | 45. 18-2436 | 72. 18-20318 |
| 19. 16-2695 | 46. 18-2497 | 73. 18-20336 |
| 20. 16-2700 | 47. 18-2554 | 74. 18-20359 |
| 21. 17-1229 | 48. 18-2562 | 75. 18-20365 |
| 22. 17-2102 | 49. 18-2591 | 76. 18-20366 |
| 23. 17-2191 | 50. 18-2608 | 77. 18-20367 |
| 24. 17-2226 | 51. 18-2639 | 78. 18-20370 |
| 25. 17-2318 | 52. 18-2640 | 79. 18-20371 |
| 26. 17-2436 | 53. 18-2687 | 80. 18-20373 |
| 27. 17-2470 | 54. 18-2723 | |

ENTERED this 20th day of November 2018.

*[signature]*

Judge Sheryl H. Lipman
US District Judge