IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

TYIESHA WOOTEN,

    Plaintiff,

v.                                                                                      Case No. 2:18-cv-2242-MSN-cgc

PARK HOTELS AND RESORTS, INC.,
d/b/a HAMPTON INN AND SUITES

    Defendant.

_____

**ORDER GRANTING
JOINT MOTION TO AMEND SCHEDULING ORDER**
_____

Before the Court is a Joint Motion to Amend the Scheduling Order (the "Motion") filed by Plaintiff Tyiesha Wooten and Defendant Park Hotels and Resorts, Inc. (ECF No. 41.)

The Court finds that the Motion is well-taken and is hereby **GRANTED.** The deadlines set forth in the Scheduling Order (ECF No. 26) are amended as follows:

| | |
|---|---|
| Supplementation Under Rule 26(e)(2): | from February 8, 2019 to **May 8, 2019** |
| Completing All Discovery: | from February 8, 2019 to **May 8, 2019** |
| Filing Dispositive Motions: | from March 8, 2019 to **June 10, 2019** |
| Joint Proposed Pretrial Order Due: | from July 12, 2019 to **October 11, 2019** |
| Pretrial Conference Date: **9:30 a.m.** | from July 19, 2019 to **October 18, 2019 at** |
| Jury Trial: **9:30 a.m.** | from July 29, 2019 to **October 28, 2019 at** |

**IT IS SO ORDERED**, this 28th day of January, 2019.

                                                      s/ Mark S. Norris
                                                    MARK S. NORRIS
                                                    UNITED STATES DISTRICT JUDGE